798

1                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF OHIO
2                            EASTERN DIVISION

3
         UNITED STATES OF AMERICA,  )    Case No. 21-cr-491
4                                   )
                      Plaintiff,    )
5                                   )    September 17, 2024
               vs.                  )    9:39 a.m.
6                                   )
         CHARLES SCOTT,             )    **Phase 2, Day 5**
7                                   )
                      Defendant.    )
8

9

10                              - - - - -

11             TRANSCRIPT OF JURY VERDICT PROCEEDINGS

12        BEFORE THE HONORABLE J. PHILIP CALABRESE,

13             UNITED STATES DISTRICT JUDGE,

14                      AND A JURY.

15                              - - - - -

16

17

18

19
         Official Court Reporter:   Susan Trischan,RMR,CRR,FCRR,CRC
20                                  7-189 U.S. Court House
                                    801 West Superior Avenue
21                                  Cleveland, Ohio   44113
                                    (216) 357-7087
22
         Proceedings recorded by mechanical stenography.
23       Transcript produced by computer-aided transcription.

24

25

799

```
1     APPEARANCES:

2     For the Government:      Elliot D. Morrison, AUSA
                               Megan R. Miller, AUSA
3                              Stephanie Wojtasik, AUSA
                               Office of the U.S. Attorney
4                              Northern District of Ohio
                               801 West Superior Avenue
5                              400 U.S. Court House
                               Cleveland, Ohio    44113
6                              (216) 622-3600

7


8
      For Defendant Scott:    David M. DeVillers, Esq.
9                             Samantha Pugh, Esq.
                              Barnes & Thornburg
10                            Ste. 3300
                              41 South High Street
11                            Columbus, OH 43215
                              614-628-1446
12

13
                             - - - - -
14

15

16

17

18

19

20

21

22

23

24

25
```

1               TUESDAY, SEPTEMBER 17, 2024, 9:39 A.M.

2                    THE COURT:  Please be seated.

3                    I understand we have a verdict, so let's

4    bring the jury in.

09:40:25 5                    (Jury in.)

6                    THE COURT:  Please be seated.

7                    Ladies and Gentlemen, have you reached a

8    verdict in this matter?

9                    A JUROR:  Yes.

09:48:00 10                    THE COURT:  Is the verdict unanimous?

11                    A JUROR:  Yes.

12                    THE COURT:  Would you please hand it to my

13   courtroom deputy?

14                    A JUROR:  (Handing).

09:48:29 15                    THE COURT:  I will now read the verdict

16   from the jury.

17                    "On Count 2, we, the jury, in this case

18   unanimously find the following:  With respect to the

19   charge in Count 2 of the second superseding indictment

09:48:58 20   that from on or about February 15th, 2021 through on or

21   about June 7th, 2021, defendant Charles Scott conspired

22   with others to commit securities fraud in violation of

23   18, U.S.C., Section 371, we find the defendant Charles

24   Scott guilty."

09:49:17 25                    The verdict form is signed by all twelve

801

1    jurors and dated.

2              On Count 20, the verdict form reads as

3    follows:  "We, the jury, in this case unanimously find

4    the following:  With respect to the charge in Count 20 of

09:49:36  5    the second superseding indictment that defendant Charles

6    Scott committed securities fraud in violation of federal

7    law in connection with the purchase and sale of USLG

8    securities on or about April 1st, 2021, we find the

9    defendant Charles Scott guilty."

09:49:53  10              And the verdict form is signed by all

11    twelve jurors and dated.

12              On Count 45, the verdict form reads as

13    follows:  "We, the jury, in this case unanimously find

14    the following:  With respect to the charge in Count 45 of

09:50:13  15    the second superseding indictment that defendant Charles

16    Scott committed wire fraud in violation of 18, U.S.C.,

17    Section 1343, on or about April 1st, 2021, we find the

18    defendant Charles Scott not guilty."

19              All twelve jurors have signed that verdict

09:50:31  20    form, and it is dated.

21              On Count 47, the verdict form reads as

22    follows:  "We, the jury, in this case unanimously find

23    the following:  With respect to the charge in Count 47 of

24    the second superseding indictment that defendant Charles

09:50:51  25    Scott committed wire fraud in violation of 18, U.S.C.,

802

1      Section 1343 on or about April 5th, 2021, we find the

2      defendant Charles Scott not guilty."

3                  The verdict form is signed by all twelve

4      jurors and it is dated.

09:51:06   5              Counsel, are there any matters we need to

6      take up before we release the Ladies and Gentlemen of the

7      Jury?

8                  MR. MORRISON:  Not on behalf of the

9      Government, Your Honor.

09:51:19  10              MR. DeVILLERS:  None, Your Honor.

11                  THE COURT:  Ladies and Gentlemen, your

12      service is almost, but not quite, complete.

13                  We have a few additional matters to attend

14      to, so my courtroom deputy will take you back to the jury

09:51:30  15      room along with our alternates and we will get those

16      items done for you.

17                  I have a couple matters with counsel yet to

18      address, but we'll get to you promptly.

19                  Thank you.

09:51:42  20              THE CLERK:  All rise.

21                  (Jury out.)

22                  THE COURT:  Please be seated.

23                  In light of the Jury's verdict, this matter

24      is referred to the Probation Office for a presentence

09:52:24  25      investigation and report in accordance with the local

803

1          rules.

2                    Mr. Scott, you will have an opportunity to

3          examine the report and to file any objections you may

4          have to it under Criminal Rule 32.

09:52:36  5                    Any objections must be made in writing

6          within 14 days after the report is first made available.

7          Failure to file objections is a waiver of the right to

8          object.

9                    The Court will schedule a sentencing

09:52:48 10       hearing.  If counsel intend to submit sentencing

11         memoranda or any documents, evidence, or other

12         information that you wish to have considered at

13         sentencing, I ask that you submit all of those materials

14         at the very latest at least two weeks in advance of

09:53:04 15       sentencing.

16                    If there's a more complicated issue to deal

17         with at sentencing, a particular objection, perhaps one

18         that requires factual dispute, perhaps some intricacies

19         in the Guideline calculation or so forth, anything out of

09:53:21 20       the ordinary along those lines, as soon as you become

21         aware of such an issue, please let my courtroom deputy

22         know and we will make arrangements to handle that

23         accordingly.

24                    Before we adjourn, are there any other

09:53:45 25       issues that we should address or take up while we are

804

1    together today?

2                    MR. MORRISON:  Not on behalf of the

3    Government, Your Honor.

4                    MR. DeVILLERS:  None, Your Honor.

09:53:53  5                    THE COURT:  All right.  Well, thank you,

6    counsel.

7                    We stand adjourned.

8                    THE CLERK:  All rise.

9                    (Proceedings concluded at 9:53 a.m.)

09:53:59  10                    -  -  -  -

11                    C E R T I F I C A T E

12                    I certify that the foregoing is a correct

13    transcript from the record of proceedings in the

14    above-entitled matter.

15

16

17

18    **/s/Susan Trischan**
      /S/ Susan Trischan, Official Court Reporter
19    Certified Realtime Reporter

20    7-189 U.S. Court House
      801 West Superior Avenue
21    Cleveland, Ohio 44113
      (216) 357-7087

22

23

24

25